UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20409-CIV-UNGARO/SIMONTON
<u>CONSENT CASE</u>

JULIO C. BERNAL, et al.,

    Plaintiffs,

v.

METROPOLITAN DELIVERY
CORP., et al.,

    Defendants.
_____/

**NOTICE OF COURT PRACTICE UPON FILING OF
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND
REQUEST FOR APPROVAL OF SETTLEMENT AND
ORDER DIRECTING PARTIES TO FILE SETTLEMENT AGREEMENT**

THIS CAUSE came before the Court upon the Parties' Joint Stipulation of Dismissal With Prejudice (DE #45) and Joint Notice of and Request for Approval of Settlement (DE # 46). Pursuant to the Joint Consent to Jurisdiction by a United States Magistrate Judge for Final Disposition form filed by the Parties on October 1, 2009 (DE # 43), this matter was reassigned by the District Judge to the undersigned Magistrate Judge to conduct all further proceedings, including the entry of final judgment, pursuant to 28 U.S.C.A. § 636 (c) (DE # 44).

This case involves a claim for unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §201, et seq ("FLSA") (DE # 39). The Parties have filed documents indicating that they have settled this matter. However, in reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn Food Stores v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982).

In this matter, although the Parties have filed a Joint Notice of and Request for

Approval of Settlement (DE # 46) which states that a Settlement Agreement is appended to the Notice as Exhibit A, no such Agreement accompanies the Notice.  Thus, the Court is unable to determine whether the settlement represent a "fair and reasonable resolution" of this matter.

Therefore, it is

**ORDERED** that the Parties must file a Settlement Agreement for the Court's review and approval by the close of business on Friday, October 30, 2009.

**DONE AND ORDERED** in chambers at Miami, Florida, on October 23, 2009.

*Andrea M. Simonton*
_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record
       via CM/ECF