UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20409-CIV-SIMONTON

JULIO C. BERNAL, et al.,

    Plaintiff,

vs.

CONSENT CASE

METROPOLITAN DELIVERY
CORP., et al.,

    Defendants.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE UPON COURT'S
APPROVAL OF SETTLEMENT AGREEMENT**

THIS CAUSE came before the Court upon the Parties' Notice of Filing Settlement Agreement (DE # 48), Joint Notice of and Request for Approval of Settlement Agreement (DE ## 46, 48-1) and Joint Stipulation of Dismissal with Prejudice (DE ## 45, 48-1). Based thereon,

THE COURT has considered the Stipulation and the Settlement Agreement, and the pertinent portions of the record, and is otherwise fully advised in the premises.

This case involves a claim for unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq* ("FLSA"). In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn Food Stores v. United States,* 679 F.2d 1350, 1352-53 (11th Cir. 1982). A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." *Id.* The district court may approve the settlement in order to promote the policy of encouraging settlements of litigation. *Id.* at 1354.

In this case, there is a bona fide dispute over FLSA provisions, as evidenced by the claims alleged in the Complaint and the Answer filed by the Defendants.  The Court finds that the compromise reached by the Parties under the Settlement Agreement is a fair and reasonable resolution of the Parties' bona fide disputes.  Accordingly, it is

**ORDERED AND ADJUDGED** that the Parties' Settlement Agreement (DE # 48-1) is hereby APPROVED.  It is further

**ORDERED AND ADJUDGED** that, in accordance with the Parties' Joint Stipulation of Dismissal with Prejudice, this case is hereby **DISMISSED WITH PREJUDICE** and any pending motions are **DENIED AS MOOT**.  Each Party shall bear their own costs and fees except as provided in the Parties' Settlement Agreement.  In addition, it is

**ORDERED AND ADJUDGED** that the Court retains jurisdiction over this matter to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in chambers in Miami, Florida, on October 29, 2009.

_Andrea M. Simonton_
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE